LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendant*
*Richard Fonbuena*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELLY PATTERSON, individually,<br><br>            Plaintiff,<br>vs.<br><br>OFFICER RICHARD FONBUENA, BADGE NO. 6834, of the Las Vegas Metropolitan Police Department, and DOE Officers I - XX,,<br><br>            Defendants. | CASE NO.:   2:18-cv-00518-JCM-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant, Richard Fonbuena ("Defendant") and Plaintiff, Kelly Patterson ("Plaintiff"), by and through their respective counsel, that all of Plaintiff's claims are hereby dismissed, with

/ / /

/ / /

/ / /

/ / /

/ / /

1  prejudice, with each party to bear their own attorney fees and costs.

2      DATED this 19th day of December, 2019.

3  KAEMPFER CROWELL                        CLEAR COUNSEL LAW GROUP

4

5  By: */s/ Lyssa S. Anderson*                By: */s/ Jared R. Richards*
      Lyssa S. Anderson, Esq. (#5781)           Jared R. Richards, Esq. (#11254)

6        Ryan W. Daniels, Esq. (#13094)           1671 W. Horizon Ridge Pkwy, Ste 200
      1980 Festival Plaza Dr., Ste. 650            Henderson, NV 89012

7        Las Vegas, Nevada 89135                     **Attorneys for Plaintiff**
      **Attorneys for Richard Fonbuena**

8

9                                  **ORDER**

10      **IT IS SO ORDERED.**

11      DATED this _____ day of December, 2019.

12

13                                  _____

14                                  UNITED STATES DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24